

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00823-CV

**IN THE INTEREST OF J.L.C., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1619-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on January 19, 2017. The appellant's brief has not been filed.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. It is therefore ORDERED that appellant's attorney, Ms. Artessia House, file appellant's brief in this appeal no later than February 8, 2017. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine whether appellate counsel has abandoned this appeal, whether new appellate counsel should be appointed, and to consider whether sanctions should be imposed against Ms. House for failing to timely file appellant's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court